# Exhibit 1

| Ref | Name | Link to page | Link to Infringement | Video/Photo Infringed | Videographer | Registration Status | PA Number | Statutory |
|---|---|---|---|---|---|---|---|---|
| 1 | AMGA News | https://www.youtube.com/@AMGANews | https://www.youtube.com/watch?v=OPTsX90rKMs | https://www.youtube.com/watch?v=dR_MsPe6DRc | Evan Ludes | Registered | PA 2-511-609 | N |
| 2 | AMGA News | https://www.youtube.com/@AMGANews | https://www.youtube.com/watch?v=tgWHpyj-1As | https://www.youtube.com/watch?v=t1rJJ-Bkklk | Brandon Clement, Jonathan Petramala | Registered | PA 2-478-070 | Y |
| 3 | AMGA News | https://www.youtube.com/@AMGANews | https://www.youtube.com/watch?v=13QRUCG_9FY | https://www.youtube.com/watch?v=e5F5jvkkgdA | Brandon Clement, Jonathan Petramala | Registered | PA 2-472-103 | Y |
| 4 | AMGA News | https://www.youtube.com/@AMGANews | https://www.youtube.com/watch?v=13QRUCG_9FY | https://www.youtube.com/watch?v=LqAd5HP5RkY | Brandon Clement, Jonathan Petramala | Registered | PA 2-472-099 | Y |
| 5 | AMGA TV | https://web.facebook.com/amgatv | https://www.facebook.com/amgatv/videos/371288285536879 | https://www.youtube.com/watch?v=e5F5jvkkgdA | Brandon Clement, Jonathan Petramala | Registered | PA 2-472-103 | Y |
| 6 | AMGA TV | https://web.facebook.com/amgatv | https://www.facebook.com/amgatv/videos/371288285536879 | https://www.youtube.com/watch?v=LqAd5HP5RkY | Brandon Clement, Jonathan Petramala | Registered | PA 2-472-099 | Y |
| 7 | AMGA TV | https://web.facebook.com/amgatv | https://www.facebook.com/amgatv/videos/1443537843052488 | https://www.youtube.com/watch?v=xnWaHL_DEHM | Brandon Clement, Jonathan Petramala | Registered | PA 2-422-182 | Y |
| 8 | AMGA News | https://www.youtube.com/@AMGANews | https://www.youtube.com/watch?v=_JKlh1QgrCM | https://www.youtube.com/watch?v=Gsq-UO2Slr0 | Brandon Clement | Registered | PA 2-418-543 | Y |